869 F.2d 587
 Abdul-Alim (Malik, Dr.), Abdullah (Akbar), a/k/a Washington
(Oscar), Dixon (James), a/k/a Qawi, Cardona (Rogelio),
Williams (A.B.), West (Robert L.), Donaldson (Oliver),
Tucker (Daniel), Reddy (Robert), Simmons (Lawrence),
Williams (Charles), Washington (Arthur),
v.
State of New Jersey, Dept. of Corrections, Trenton, State
Prison, Medical Dept. of Trenton State Prison, Edwards (W.),
Fauver (William), Seidl (Richard), Hilton (Gary), Arrington
(Ann), Beyer (Howard), Nunn
 NO. 88-5604
 United States Court of Appeals,
Third Circuit.
 JAN 27, 1989
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.